UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANHEUSER-BUSCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08cv0358 TCM |
| | ) |
| VIP PRODUCTS, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the parties' agreed motion for entry of protective order. Attached to the motion is the proposed protective order. Paragraph 14 of the proposed protective provides that the parties agree that this Court will retain jurisdiction after the action is terminated for purposes of enforcing the protective order "and to enter further orders respecting confidentiality, as may be necessary." The Court does not agree to, and will not accept, a continuation of its jurisdiction after this action is terminated. This paragraph is stricken from the proposed protective order. The motion [Doc. 68] is **GRANTED** in all other respects, and the motion by defendant VIP Products, L.L.C., for a protective order [Doc. 57] is **DENIED** as moot.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of August, 2008.