IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| ANHEUSER-BUSCH, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Case No. 4:08-CV-00358-TCM | |
| | ) | | |
| VIP PRODUCTS, LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### MEMORANDUM TO THE CLERK OF COURT

Pursuant to the Court's instructions during the Preliminary Injunction hearing held on August 27, 2008, Plaintiff Anheuser-Busch, Inc., submits for electronic filing the following Stipulated and Admitted Exhibits:

- Exhibits 1-21
- Exhibits 23-31
- Exhibit 34
- Exhibit 36
- Exhibits 40-48
- Exhibit 51
- Exhibit 58
- Exhibit 62

DATED: August 28, 2008

HUSCH BLACKWELL SANDERS LLP

/Gary A. Pierson/
Jeffrey J. Kalinowski (E.D. MO #3510)
Michelle W. Alvey  (E.D. Mo. # 40774)
Gary A. Pierson II  (E.D. Mo. # 511498)
720 Olive Street, 24th Floor
St. Louis, MO  63101
Telephone: 314-345-6000
Fax: 314-345-6060
Email: gary.pierson@huschblackwell.com

*Attorneys for Plaintiff Anheuser-Busch, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 28th day of August, 2008, via the court's electronic filing system via electronic mail and/or first-class mail, postage prepaid, on the following:

Charles S. Kramer
David H. Chervitz
Michael P. Wolf
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

Jim S. Rigberg
David G. Bray
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 N. Central, Suite 200
Phoenix, AZ 85012

*Attorneys for Defendant VIP Products, LLC.*

/s/ Gary A. Pierson
                    Attorney